# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYANT A. TUNSON

NO. 2024 KW 0300

**JUNE 27, 2024**

---

In Re:     State of Louisiana, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 18-89.

---

**BEFORE:     GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT GRANTED.** The trial court's ruling denying the "State's Notice of Intent to Use Other Crimes Evidence" is reversed. Louisiana Code of Evidence article 404(B)(1)(a) allows evidence of other crimes, wrongs, or acts to be offered when the evidence is an integral part of the act or transaction that is the subject of the present proceeding. In this case, the evidence offered at the **Prieur** hearing established the alleged theft is an integral part of the act that led to the charged offense. As such, the evidence is highly relevant and admissible. Therefore, the trial court abused its discretion by precluding the State from offering this evidence at trial. Accordingly, this matter is remanded to the trial court for further proceedings consistent with this ruling.

                                    **PMc**
                                    **JEW**

     **Guidry, C.J.,** dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
          FOR THE COURT